UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHESTNUT HILL NY, INC., JOSEPH SANGIOVANNI, *et al.*,

                Plaintiffs,

-against-

CITY OF KINGSTON and the CITY OF KINGSTON BUILDING SAFETY DIVISION,

                Defendants.

1:23-cv-01024-BKS-DJS

**CONSENT TO CHANGE ATTORNEY**

---

**IT IS HEREBY CONSENTED** that Mackey Butts & Whalen, LLP located at 3208 Franklin Avenue, Millbrook, New York, 12545, be substituted as attorney of record for the undersigned Plaintiffs in the above-entitled action, in place and instead of the undersigned attorney, Law Offices of Thomas J. Minotti, P.C. effective as of the date hereof.

Electronic signatures hereupon shall be considered originals for all purposes.

Date: Poughkeepsie, New York
       June 12, 2024

| LAW OFFICES OF THOMAS J. MINOTTI, P.C. | MACKEY BUTTS & WHALEN, LLP |
|---|---|
| Thomas John Minotti, Esq. | Joshua E. Mackey, Esq. |
| 131 Route 55 Ste 6 | 3208 Franklin Avenue |
| Lagrangeville, NY | Millbrook, New York 12545 |
| (845) 570-9300 | (845) 677-6700 |
| tom@minottilaw.com | JMackey@mbwlawyers.com |

**IT IS SO ORDERED:**

Daniel J. Stewart
U.S. Magistrate Judge

Dated: 6/18/2024
       Albany, NY

By: _____

JOSEPH SANGIOVANNI, Individually, and behalf of Chestnut Hill NY, Inc.

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF Dutchess         )

On the 12th day of June, 2024, before me, the undersigned, personally appeared JOSEPH SANGIOVANNI, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or person upon behalf of which the individual acted, executed the instrument.

Colleen G. Howland
Notary Public, State of New York
Qualified in Dutchess County
Reg No.: 01HO6416673
Commission Expires April 19, 2025

_____
NOTARY PUBLIC
COLLEEN G. HOWLAND